ERMA LO BIANCO, as Administratrix of the Estate of CARL LO BIANCO, Deceased, Respondent, v. ROBERT M. LAUB et al., Copartners Doing Business under the Name of CHARACTER FASHIONS, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. The date for examination to proceed to be fixed in the order. No opinion. Settle order. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

KURT M. JACHMANN Co., INC., Appellant, v. MARINE OFFICE OF AMERICA et al., Respondents.— Order appealed from affirmed. All concur. Settle order in accordance with rule 141 of the Rules of Civil Practice, as amended January 1, 1949. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

EFFANBEE DOLL CORPORATION, Appellant, v. BELLE DOLL & TOY CORP. et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

ANNA KLEIN, Respondent, v. HARRY D. KLEIN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DI STEFANO, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

In the Matter of JAMES E. SLEVIN, Appellant, against PAUL P. BRENNAN et al., as Commissioners of the Municipal Civil Service Commission, Respondents.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

ZIVART GAZARIAN, Plaintiff, v. FIFTH AVENUE COACH COMPANY, Defendant. LAWRENCE N. FARIELLO, Appellant, v. ANNA BARDEZ, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

GEORGE A. HORVATH, Plaintiff, v. BART DARRESS, Defendant. In the Matter of HOROWITZ, PARKER & HOROWITZ, Appellants; MARTIN-DICKSON INC. et al., Respondents.— Order so far as appealed from affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

In the Matter of the Arbitration between MERRITT-CHAPMAN & SCOTT CORPORATION, Appellant, and L & L PAINTING Co. INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.